
# UNITED STATES DISTRICT COURT
## For The
## Southern District of Florida

FILED BY ___ D.C

MAR 25 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**GEORGE LONGMORE**
    Plaintiff,

**Case No** 13-62549-cv-SCOLA

V.

**CRESTWOOD MANAGEMENT**
    Defendant.

_____/

## PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, George Longmore, pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure, hereby dismisses the above action against Defendant, Crestwood Management, with prejudice.

Respectfully submitted,

_(signature)_

George Longmore *pro se*
607 NW 155 Terr,
Pembroke Pines FL, 33028
(954) 871-1602
georgelongmore@comcast.net

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on this 25th day of March, 2014, via USPS Regular Mail upon Defendant, Crestwood Management at the following address:

Crestwood Management
23905 Merchantile Rd.
Beachwood Ohio, 44122

Respectfully submitted,

_____
George Longmore *pro se*
607 NW 155 Terr,
Pembroke Pines FL, 33028
(954) 871-1602
georgelongmore@comcast.net